## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

JEREMY GILBERT,

      Plaintiff,

v.                                                                                      CIVIL ACTION NO.: **3:21-cv-603-KHJ-MTP**

VEOLIA WATER NORTH AMERICA OPERATING
SERVICES, LLC, AND JOHN AND JANE DOES 1-10,

      Defendants.

                                              /

## NOTICE OF REMOVAL

TO:    Arthur S. Johnson, III, Clerk of Court
       United States District Court
       Southern District of Mississippi
       501 East Court Street, Ste. 2.500
       Jackson, Mississippi 39201

       Zack Wallace, Circuit Clerk
       Circuit Court of Hinds County, Mississippi
       First Judicial District
       P.O. Box 327
       Jackson, Mississippi 39205

       Teresa E. Harvey, Esq.
       CG Law Group, PA
       120 North Congress Street, Suite 200
       Jackson, MS 39201

Defendant, Veolia Water North America-South, LLC (incorrectly referred to in Plaintiff's

Complaint as Veolia Water North America Operating Services, LLC) ("Veolia" or "Defendant"),

hereby removes this matter from the First Judicial District, Circuit Court of Hinds County,

Mississippi, where it is now pending, and reserving all rights, objections, and defenses, represents

as follows in support of this Notice of Removal:

{M1845720.1}                                                   1

1.      Plaintiff, Jeremy Gilbert, served Veolia with a copy of the Complaint entitled "*JEREMY GILBERT v. VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC, AND JOHN AND JANE DOES 1-10*" to be filed in the First Judicial District, in the Circuit Court of Hinds County, Mississippi.  Attached as Exhibit A is a copy of Plaintiff's Complaint and all process, pleadings and orders served upon Veolia in the action to date.  There are no motions or hearings pending before the First Judicial District, Circuit Court of Hinds County, Mississippi in this matter.

2.      Veolia was served with a copy of the Complaint on August 20, 2021.  Attached as Exhibit B is the Service of Process Transmittal.  Thus, 30 days have not elapsed since Veolia first received notice of Plaintiff's Complaint through service or otherwise, and removal is timely under 28 U.S.C. § 1446(b).

3.      The United States District Court for the Southern District of Mississippi is the appropriate venue for this case because it is the federal district court having jurisdiction over the place where Plaintiff's state court action is pending.

4.      This Court has jurisdiction pursuant to 28 U.S.C. § 1331 as Plaintiff's right to relief is contingent upon resolution of a substantial question of federal law.

5.      In accordance with 28 U.S.C. § 1331, district courts have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

6.      In his Complaint, Plaintiff alleges violations by Veolia and seeks relief under Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000, *et seq*.  (Complaint, Paras. 4, 9, 15, 16).

7.      Thus, removal is proper under this Court's federal question jurisdiction pursuant to 28 U.S.C. § 1331.

8.    Veolia certifies that written notice of the filing of this Notice of Removal will promptly be given to Plaintiff, and that it will file a copy of this Notice of Removal with the Clerk of the First Judicial District in the Circuit Court of Hinds County, Mississippi.

9.    By reason of the above, Veolia is entitled to, and hereby does, remove this action to this Court pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1446 based on federal question jurisdiction.

Dated:  September 17, 2021                        Respectfully submitted,

/s/ Lindsay Thomas Dowdle
Lindsay Thomas Dowdle (MSB #102873)
Jones Walker LLP
190 E. Capitol Street, Suite 800
Post Office Box 427
Jackson, Mississippi  39201
(601) 949-4900
(601) 949-4804 (fax)
ldowdle@joneswalker.com

And

Tracy E. Kern (LA Bar No. 20246)
(pro hac vice admission will be forthcoming)
Jones Walker LLP
201 St. Charles Avenue, 50th Floor
New Orleans, LA 70170
(504) 582-8134
(504) 589-8134
tkern@joneswsalker.com

And

Laurie M. Riley (FL Bar No. 657751)
(pro hac vice admission will be forthcoming)
Jones Walker LLP
201 South Biscayne Boulevard, Suite 3000
Miami, FL 33131
(305) 679-5728
(305) 679-5816
lriley@joneswalker.com

**Attorneys for Defendant**

{M1845720.1}                                    3

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Teresa E. Harvey, Esq.
CG Law Group, PA
120 North Congress Street, Suite 200
Jackson, MS 39201
**Attorneys for Plaintiff**

and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants: N/A.

I further certify that a true and correct copy of the foregoing was e-filed electronically on September 17, 2021 with the Clerk of the Court for the First Judicial District in the Circuit Court of Hinds County, Mississippi.

*/s/ Lindsay Thomas Dowdle*
Lindsay Thomas Dowdle